IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARGE SCALE BIOLOGY CORPORATION,     No. C 04-2069 SBA

         Plaintiff.

**ORDER**

   v.

PRODIGENE, INC.,

         Defendant.

_____

On April 11, 2005, this Court issued an Order for Pretrial Preparation (the "Pretrial Order") [Docket No. 105] which provided, *inter alia*, that the Claim Construction Hearing for the instant matter would take place at 10:00 a.m. on July 11, 2005.

On May 6, 2005, the parties submitted their Joint Claim Construction and Prehearing Statement (the "Claim Construction Statement") for construction of claim terms from United States Patent 5,824,870 (the "'870 Patent"). In the Claim Construction Statement, the parties note that they dispute whether all of the claims of the '870 Patent need to be construed since Defendant Prodigene, Inc. ("Defendant" or "Prodigene") has only asserted infringement with respect to claims 1 and 2 of the '870 Patent.

On May 19, 2005, Defendant filed a partial motion to dismiss Plaintiff's Declaratory Judgment Complaint ("Defendant's Motion to Dismiss") [Docket No. 108]. In the Motion to Dismiss, Defendant seeks an order dismissing portions of Plaintiff's Complaint on the basis that no actual case or controversy exists with respect to claims 5-13 of the '870 Patent.[1] Defendant's Motion to Dismiss is set for a June 28, 2005 hearing.

On June 7, 2005, Plaintiff and Defendant submitted a Stipulation and Proposed Order Modifying Briefing Schedule and Hearing Date on Defendant's Motion to Dismiss [Docket No. 114]. In the Stipulation,

---

[1] In support of its argument, Defendant contends that it has alleged infringement of claims 1 and 2 of the '870 Patent and reserved the right to assert infringement of claims 3 and 4.

the parties have requested that the Court continue the June 28, 2005 hearing on Defendant's Motion to Dismiss to July 12, 2005, so that the parties may have an opportunity to pursue negotiations that may lead to a stipulated dismissal of Defendant's Motion.

For good cause showing,

IT IS HEREBY ORDERED THAT the hearing on Defendant's Motion to Dismiss is CONTINUED from **June 28, 2005 at 1:00 p.m. to July 12, 2005 at 1:00 p.m.**  Plaintiff shall file an opposition to Defendant's Motion to Dismiss **no later than June 17, 2005**.  Defendant shall file its reply, if any, **no later than June 24, 2005**.

IT IS FURTHER ORDERED THAT the Claim Construction Hearing, scheduled for July 11, 2005 at 10:00 a.m., is VACATED and all dates in the April 11, 2005 Pretrial Order directly relating to the Claim Construction Hearing are VACATED.  Except as expressly set forth herein, this Order does not modify any other dates or deadlines set forth in the April 11, 2005 Pretrial Order.

IT IS FURTHER ORDERED THAT the parties shall attend a Case Management Conference on **Tuesday, July 12, 2005 at 1:00 p.m.**, immediately following the hearing on Defendant's Motion to Dismiss. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  Plaintiff shall be responsible for filing the statement.  **The Case Management Conference Statement shall specifically identify the next available date for the Claim Construction Hearing**.

IT IS SO ORDERED.

Dated: 6-8-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge