IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE SCALE BIOLOGY CORPORATION, | No. C 04-2069 SBA |
|     Plaintiff. | |
|   v. | **ORDER** |
| PRODIGENE, INC., | |
|     Defendant. | |

_____

On May 19, 2005, Defendant Prodigene, Inc. ("Defendant") filed a partial motion to dismiss Plaintiff Large Scale Biology Corporation's ("Plaintiff") Declaratory Judgment Complaint ("Motion to Dismiss") [Docket No. 108]. In the Motion to Dismiss, Defendant seeks an order dismissing portions of Plaintiff's Complaint on the basis that no actual case or controversy exists with respect to claims 5-13 of United States Patent No. 5,824,870 (the "'870 Patent").

On June 16, 2005, Plaintiff and Defendant filed a Stipulation and Proposed Order Dismissing Certain Causes of Action with Prejudice ("Stipulation") [Docket No. 116]. In the Stipulation, the parties agree to a dismissal with prejudice of Plaintiff's claims for a declaratory judgment of noninfringement and invalidity of claims 3-13 of the '870 Patent and a dismissal with prejudice of Defendant's counterclaims for infringement of claims 3-13 of the '870 Patent.

For good cause showing,

IT IS HEREBY ORDERED THAT Plaintiff's claims for a declaratory judgment of noninfringement and invalidity of claims 3-13 of the '870 Patent and Defendant's counterclaims for infringement of claims 3-13 of the '870 Patent ARE DISMISSED WITH PREJUDICE. Accordingly, Defendant's Motion to Dismiss [Docket No. 108] is DENIED AS MOOT and the July 12, 2005 hearing on Defendant's Motion to Dismiss is VACATED.

1    IT IS FURTHER ORDERED THAT the Case Management Conference scheduled for **Tuesday, July 12, 2005 at 1:00 p.m.** is VACATED. The parties shall appear for a <u>telephonic</u> Case Management Conference on **July 14, 2005 at 3:00 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement. **The Case Management Conference Statement shall specifically identify the next available date for the Claim Construction Hearing**.

IT IS SO ORDERED.

Dated: 6-21-05

 /s/ Saundra Brown Armstrong  
SAUNDRA BROWN ARMSTRONG  
United States District Judge

**United States District Court**
For the Northern District of California

2